**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOSE A. TANTAU**
**# 253521** **PLAINTIFF**

**v.** **No. 4:26-cv-499-DPM**

**TAYLOR, Nurse, Pulaski County Regional Detention** **DEFENDANT**

**ORDER**

**1.** The Court withdraws the reference.

**2.** Tantau hasn't updated his address; and the time to do so has passed. *Doc. 10.* And his mail continues to be returned as undeliverable. *Doc. 12.* Tantau's complaint, as amended, will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion to dismiss, *Doc. 8*, denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 October 2026