IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSE A. TANTAU**
**# 253521** **PLAINTIFF**

**v.** **No. 4:26-cv-499-DPM**

**TAYLOR, Nurse, Pulaski County Regional Detention** **DEFENDANT**

# JUDGMENT

Tantau's amended complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

1 October 2026